# United States District Court
## Violation Notice

**CVB Location Code:** M7

**Violation Number:** FATH004B
**Officer Name:** Fedele
**Officer No.:** 1891

FATH004B

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 08/10/2022 13:47
**Offense Charged:** FED 43 CFR 423.40D

**Place of Offense:** DUCK CREEK

**Offense Description: Factual Basis for Charge**
HAZMAT
43 CFR 423.40(D) - MOTOR VEHICLE USE OFF DESIGNATED ROUTE, I.E. MOTOR VEHICLE USE ON SHORELINE IN VIOLATION OF BOR RECREATION REGULATIONS.

### DEFENDANT INFORMATION

**Phone:**

**Last Name:** QUEER
**First Name:** JEFFERY
**M.I.:** M

**Street Address:**

**City:**  **State:**  **Zip Code:**  **Date of Birth (mm/dd/yyyy):**

**Drivers License No.:**  **CDL:**  **D.L. State:**  **Social Security No.:**

Adult  Juvenile  Sex: M  F  Race  Hair  Eyes  Height  Weight

### VEHICLE

**VIN:**  **CMV:**

**Tag No.:** 1-77408A
**State:** MT
**Year:** 2004
**Make/Model:** DODG/
**PASS:**
**Color:** SIL

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B [X] IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

$ 100.00  Forfeiture Amount
$ 30.00  Processing Fee
**PAY THIS AMOUNT**  $ 130.00  Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:**
**Date (mm/dd/yyyy):**
**Time (hh:mm):**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

FATH004B

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on  08/10/2022  while exercising my duties as a law enforcement officer in the _____ District of  MT

Pursuant to 16 USC 551: I, United States Forest Service (USFS) Law Enforcement Officer (LEO), Anthony FEDELE, state that on August 10, 2022 at approximately 1347 hours, I was exercising my duties as an LEO on Federal Bureau of Reclamation Land (BOR), at the Duck Creek disbursed recreation area In Broadwater County. I made contact with Jeffery M. QUEER regarding his 2004, silver Dodge truck parked on the shoreline of Canyon Ferry Reservoir in violation of clearly posted BOR recreation regulations. There are multiple restrictive use signs in the immediate area prohibiting motor vehicle use off of designated routes, and use on the shoreline.

On August 7, 2022, at approximately 1600 hours, I first observed QUEER'S silver Dodge and another blue Chevrolet pickup, parked in the same location, on the shoreline, nobody was in camp and nobody returned to the camp while I was on site. On August 10, at approximately 1347 hours, I returned and again observed QUEER'S pickup parked on the shoreline. I made contact with QUEER, later identified by his Montana State driver's license, and upon further questioning QUEER admitted he had previously seen the signs prohibiting motor vehicle use on the shoreline. QUEER told me he frequents the Duck Creek area a lot and knew where the designated boat launch was located. QUEER told me he had to take his boat out by his camp site because it started taking on water, and he just didn't use the designated boat launch area like he should have.

Consequently, I issued QUEER one citation for violation of 43 CFR 423.40(d) â€" Motor vehicle use off designated route.

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:  08/10/2022
Date (mm/dd/yyyy)    Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:  _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;   PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident